# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2155
_____

Flomo Tealeh

*Plaintiff - Appellant*

v.

United States Postal Service; Mohammad Ali; David Emerson; Scott Woltering;
John Does, 1-100

*Defendant*s

Acting Postmaster General Doug Tulino; Pamela Bondi, U.S. Attorney General[1];
Andrew M. Luger, U.S. Attorney General District of Minnesota

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: June 11, 2025
Filed: June 16, 2025
[Unpublished]
_____

---

[1]Doug Tulino has been appointed to serve as Acting Postmaster General, and Pamela Bondi has been appointed to serve as Attorney General of the United States, and are substituted as appellees pursuant to Federal Rule of Appellate Procedure 43(c).

Before LOKEN, GRUENDER, and STRAS, Circuit Judges.

_____

PER CURIAM.

Flomo Tealeh appeals following the district court's[2] dismissal and subsequent adverse grant of summary judgment in his employment discrimination action against the United States Postal Service. Upon careful review, we conclude that dismissal of the complaint was proper for the reasons articulated in the district court's orders. See Brown v. Conagra Brands, Inc., 131 F.4th 624, 627 (8th Cir. 2025) (de novo review of court's grant of motion to dismiss); Torgerson v. City of Rochester, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (de novo review of grant of summary judgment).

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B. We also deny Tealeh's motions to file an amended reply brief.

_____

---

[2]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, now retired, partially granted the motion to dismiss. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota granted the summary judgment motion.